UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Lisa Bartlett,

Plaintiff,

v.

East Side Beverage Company,
J.J. Taylor Distributing
Company of Minnesota, Inc.,
J.J. Taylor Companies, Inc.,
Todd Knipping, and Jo Ann Gooding,

Defendants.

Civil Case No.: 0:01cv1720 (JEL/JGL)

**STIPULATION AND PROTECTIVE ORDER**

---

**WHEREAS** the parties consider certain documents pertinent to this litigation to be confidential or proprietary,

**IT IS HEREBY ORDERED, UPON CONSENT OF THE PARTIES, AS FOLLOWS:**

1. Certain documents in the above captioned case, including documents produced, may be designated as "confidential" or "confidential attorney's eyes only" - collectively referred to as "Confidential".

2. Documents containing medical or federal or state tax information are immediately designated confidential by the party procuring. Documents other than those containing medical or tax information may be designated as confidential by stamping.

3. Confidential information may be used only for the purposes of this



FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

litigation, including depositions, preparation for trial, and appeal.

4. Unless otherwise ordered by the Court, confidential documents shall not be disclosed to any person, governmental agency or entity except to persons assisting the attorneys in connection with this action, including the parties, paralegals, secretaries and witnesses.

5. Persons other than employees and partners of the parties' attorneys to whom confidential information or documents is given, shown, made available or communicated shall agree in writing to be bound by the terms of this Order. The attorneys for the respective parties shall maintain a file of such written agreements. Counsel need not secure a written agreement from court reporters or witnesses appearing at depositions or providing oral testimony under oath. The parties may from time to time exempt other persons from the requirement of entering into a written agreement. Counsel shall make no disclosure to persons from whom counsel cannot obtain agreement to the terms of this Order.

6. If a party does not agree to the designation of material as "confidential", it may notify the other party and request a Court determination. In any Court proceeding, the party claiming confidentiality has the burden of proof of the alleged confidentiality. Until such time as the Court makes a determination on the issue of confidentiality t the parties shall treat the materials in accordance with this Order.

7. This Order shall not limit the use of information gained by either party apart from and independent of discovery, nor shall it limit the use of matters of public record.

8. Within sixty (60) days after the termination of this litigation, all documents subject to this Order shall be destroyed or returned to the appropriate party.

9. Documents may also be designated as confidential per written notification to be given within five (5) business days of the documents production to opposing counsel.

10. Any document acquired by means of an authorization or release of medical information bearing the signature of the Plaintiff shall be immediately designated confidential by the party procuring with a copy of the document being forwarded to opposing counsel within five (5) business days.

11. This Order is without prejudice to the right of any party to seek its modification.

Dated: 6/20, 2002

COOPER LAW FIRM, CHARTERED

By: ______________________
Stephen W. Cooper, Lic. 18788
Stacey R. Everson, Lic. 219277
800 Ceresota Building
155 Fifth Avenue South
Minneapolis, MN 55401-2526
(612) 338-3533

ATTORNEYS FOR THE PLAINTIFF

Dated: 6/4, 2002

FELHABER, LARSON, FENLON & VOGT, P.A.

By: ______________________
Paul J. Zech, Lic. No. 162450
Lee A. Lastovich, Lic. No. 239495
225 S. Sixth Street, Suite 4200
Minneapolis, MN 55402-4302
(612) 339-6321

ATTORNEYS FOR THE DEFENDANTS EAST SIDE BEVERAGE COMPANY; J.J. TAYLOR DISTRIBUTING COMPANY OF MINNESOTA, INC.; J.J. TAYLOR COMPANIES, INC.; AND JO ANN GOODING, (who is not a Defendant).

Dated: June 10, 2001

INDIVIDUALLY

CHESTNUT & CAMBRONNE

By: ______________________
Dennis B. Johnson, Lic. No. 124564
204 North Star Bank
4661 Highway 61
White Bear Lake, MN 55110
(651) 653-0990

ATTORNEYS FOR THE DEFENDANT
TODD KNIPPING

IT IS SO ORDERED:

Dated: June 21, 2002

BY THE COURT:

______________________
Jonathan G. Lebedoff
U.S. Magistrate Judge