UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LISA BARTLETT,

Plaintiff,

v.

EAST SIDE BEVERAGE, sued as EAST SIDE BEVERAGE COMPANY; J.J. TAYLOR DISTRIBUTING COMPANY OF MINNESOTA; J.J. TAYLOR COMPANIES, INC.; TODD KNIPPING; and JO ANN GOODING,

Defendants.

Civil No. 01-1720 (JEL/JGL)

MINUTES and ORDER

APPEARANCES

Stephen W. Cooper, Esq., for Plaintiff
Lee Lastovich, Esq., for Defendants

A hearing was held on September 3, 2002 before Chief United States Magistrate Judge Jonathan Lebedoff on Defendants' Motion to Compel Responses to Discovery Requests (Doc. No. 12). The Court ruled from the Bench.

The Parties represented that they have reached agreement on all disputed issues. Therefore, Defendants' motion is DENIED AS MOOT.

Dated: September 3, 2002

JONATHAN LEBEDOFF
Chief United States Magistrate Judge

FILED SEP 03 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK