UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lisa Bartlett,

Plaintiff,

v.

East Side Beverage Company, J.J. Taylor Distributing Company of Minnesota, Inc., J.J. Taylor Companies, Inc., Todd Knipping, and Jo Ann Gooding,

Defendants.

Court File No. 01-1720 JEL/JGL

**STIPULATION AND ORDER FOR DISMISSAL**

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, through their respective counsel, that Plaintiff's action against Defendants may be and is hereby dismissed with prejudice and without costs to any of the parties to this action.

Dated: Oct 17, 2002.

THE COOPER LAW FIRM, CHARTERED

By: ____________________
Stephen W. Cooper, Esq.

800 Ceresota Building
155 Fifth Avenue South
Minneapolis, Minnesota 55401
ATTORNEYS FOR PLAINTIFF

FILED OCT 23 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED____________
DEPUTY CLERK'S INITIALS____________

Dated: Oct 9, 2002.

FELHABER, LARSON, FENLON & VOGT, P.A.

By: ______________________
Paul J. Zech, #162450

225 South Sixth Street, Suite 4200
Minneapolis, Minnesota 55402-4302
ATTORNEYS FOR DEFENDANTS EAST SIDE BEVERAGE COMPANY, J.J. TAYLOR DISTRIBUTING COMPANY OF MINNESOTA, INC., J.J. TAYLOR COMPANIES, INC. AND JOANN GOODING

Dated: 10/21/02, 2002.

CHESTNUT & CAMBRONNE

By: ______________________
Dennis B. Johnson #124564

204 North Star Bank
4661 Highway 61
White Bear Lake, Minnesota 55110
ATTORNEY FOR DEFENDANT TODD KNIPPING

**ORDER**

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that the above-captioned matter is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

BY THE COURT

Dated: Oct 22, 2002.

Joan E. Lancaster
The Honorable Joan Ericksen Lancaster
Judge of District Court